**ELECTRONIC RECORD**

1159-15
1186-15
1187-15

COA #   06-15-00026-CR                    OFFENSE:  1
Companion-6-15-27,28-CR
               Roger Dale Gammons v. The State
STYLE:      of Texas                       COUNTY:  Hopkins

COA DISPOSITION:      Affirmed             TRIAL COURT:  8th District Court

DATE: 8/11/15                  Publish: No   TC CASE #:      1423872

---

## IN THE COURT OF CRIMINAL APPEALS

1159-15
1186-15
1187-15

          Roger Dale Gammons v. The State
STYLE:    of Texas                         CCA #:
_____APPELLANT'S_____ Petition            CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:        _____
_____REFUSED_____             JUDGE:       _____
DATE: ___11/18/2015_____                 SIGNED: _____    PC: _____
JUDGE: ___Per Curiam_____                 PUBLISH: _____    DNP: _____

------------------------------

                                      _____ MOTION FOR

                          REHEARING IN CCA IS: _____
                          JUDGE: _____